USA v. Jahraun Malachi Brodhurst
Superseding Indictment

## IN THE UNITED STATES DISTRICT COURT
## FOR THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br><br>**JAHRAUN MALACHI BRODHURST,**<br><br>Defendant. | Criminal No. 2015|0032<br><br>**SUPERSEDING INDICTMENT**<br><br>Count One: Transporting and Shipping of Firearm with Obliterated Serial Number (18 U.S.C. § 922(k))<br><br>Counts Two-Three: Unlawful Mailing of a Firearm (18 U.S.C. § 1715)<br><br>Criminal Forfeiture Notice: (28 U.S.C. § 2261) |

### COUNT ONE
(Transporting and Shipping a Firearm with an Obliterated Serial Number)

On or about May 26, 2014, on St. Croix, in the District of the Virgin Islands, the Defendant, **JAHRAUN MALACHI BRODHURST**, did knowingly transport and ship in interstate and foreign commerce from the state of Florida to St. Croix, a firearm, that is a Smith and Wesson, AR-15 lower receiver, which had the manufacturer's serial number, removed, obliterated, and altered,

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

USA v. Jahraun Malachi Brodhurst
Superseding Indictment

## COUNT TWO
### (Unlawful Mailing of a Firearm)

On or about May 26, 2014, on St. Croix, in the District of the Virgin Islands, the defendant, **JAHRAUN MALACHI BRODHURST,** did knowingly deposit for mailing and delivery, and knowingly caused to be delivered by mail according to the directions thereon, and at any place to which it is directed to be delivered by the person to whom it is addressed, any firearm, to wit: a Springfield Armory, .40 caliber pistol and a Smith and Wesson, AR-15 lower receiver, declared nonmailable,

In violation of Title 18, United states Code, Section 1715.

## COUNT THREE
### (Unlawful Mailing of a Firearm)

USA v. Jahraun Malachi Brodhurst
Superseding Indictment

On or about July 13, 2013, on St. Croix, in the District of the Virgin Islands, the defendant, **JAHRAUN MALACHI BRODHURST,** did knowingly deposit for mailing and delivery, and knowingly caused to be delivered by mail according to the directions thereon, and at any place to which it is directed to be delivered by the person to whom it is addressed, any firearm, to wit: a Glock 23 pistol, declared nonmailable,

In violation of Title 18, United states Code, Section 1715.

**CRIMINAL FORFEITURE NOTICE**

USA v. Jahraun Malachi Brodhurst
Superseding Indictment

Upon conviction of the offense charged in counts one-three of this superseding indictment, defendant **JAHRAUN MALACHI BRODHURST** shall forfeit to the United States of America his interest in the firearms involved in the commission of the offenses, specifically the Glock 23 pistol, Springfield Armory, .40 caliber pistol, and the Smith and Wesson, AR-15 lower receiver,

All pursuant to Title 28, United States Code, Section 2261(c).

DATE: November 17, 2015

USA v. Jahraun Malachi Brodhurst
Superseding Indictment

The Grand Jury returned a TRUE BILL

RONALD W. SHARPE
United States Attorney

By:    _____

RAMI S. BADAWY
Assistant United States Attorney

DISTRICT COURT OF THE VIRGIN ISLANDS: November 17, 2015

Returned into the District Court by Grand Jurors and filed.

_____
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE